Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, LLC DBA AARON'S SALES & LEASE OWNERSHIP, LLC, a foreign for profit limited liability corporation; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01742-BJR<br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

This matter comes before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. Finding good cause, the Court GRANTS the motion and Defendant's response to the Complaint is now due January 22, 2024.

DATED this 20th day of November, 2023.

_____
Barbara J. Rothstein
United States District Judge

ORDER ON DEFENDANT'S REQUEST FOR EXTENSION - 1

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910