HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARON'S, LLC DBA AARON'S SALES & LEASE OWNERSHIP, LLC, a foreign for profit limited liability corporation; and DOES 1-20,<br><br>Defendants. | Case No. 2:23-cv-01742-BJR<br><br>**STIPULATED AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT AARON'S, LLC D/B/A AARON'S SALES & LEASE OWNERSHIP, LLC** |

## STIPULATION

The parties, by and through their counsel, stipulate to the following and request that the Court enter the following Order approving this Stipulation:

1. Helen M. McFarland and Andrew R. Escobar of Seyfarth Shaw LLP hereby withdraw as counsel of record for Aaron's, LLC d/b/a Aaron's Sales & Lease Ownership, LLC ("Defendant");

2. Todd S. Fairchild of the law firm of Dorsey & Whitney LLP hereby substitutes as counsel of record for Defendant; and

3. All papers and documents in this action are to be served on the substituting counsel at the address below:

> Todd S. Fairchild, WSBA No. 17654
> Dorsey & Whitney LLP
> Columbia Center

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
2:23-cv-01742-BJR

SEYFARTH SHAW LLP
999 THIRD AVENUE
SUITE 4700
SEATTLE, WASHINGTON 98104-4041
(206) 946-4910

307380727v.1

| | |
|---|---|
| 1 | 701 Fifth Avenue, Suite 6100 |
| 2 | Seattle, WA 98104-7043 |
|   | (206) 903-8889 | Phone |
| 3 | (206) 465-3255 | Mobile |
|   | (206) 260-9113 | Fax |
| 4 | Email: fairchild.todd@dorsey.com |

Stipulated and submitted: January 9, 2024

| SEYFARTH SHAW LLP | DORSEY & WHITNEY LLP |
|---|---|
| By: */s/ Helen M. McFarland* | By: */s/ Todd S. Fairchild* |
| Helen M. McFarland, WSBA No. 51012 | Todd S. Fairchild, WSBA No. 17654 |
| Andrew R. Escobar, WSBA No. 42793 | Columbia Center |
| 999 Third Avenue, Suite 4700 | 710 Fifth Avenue, Suite 6100 |
| Seattle, Washington 98104-4041 | Seattle, Washington 98104-7043 |
| (206) 946-4910 | Phone | (206) 903-8889 | Phone |
| Email: hmcfarland@sefarth.com | (206) 465-3255 | Mobile |
|  | (206) 260-9113 | Fax |
| *Withdrawing Attorneys for Defendant Aaron's LLC d/b/a Aaron's Sales & Lease Ownership, LLC* | Email: fairchild.todd@dorsey.com |
|  | *Substituting Attorney for Defendant Aaron's LLC d/b/a Aaron's Sales & Lease Ownership, LLC* |

EMERY REDDY, PLLC

By: */s/Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart St., Suite 1100
Seattle, WA 98101
(206) 442-9106 | Phone
Email: emeryt@emeryreddy.com
    reddyp@emeryreddy.com
    paul@emeryreddy.com

*Attorneys for Plaintiff Jacob Atkinson*

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2
2:23-CV-01742-BJR

**ORDER**

IT IS SO ORDERED.

Based on the above Stipulation, it is ORDERED that, effective immediately, Helen M. McFarland, Andrew R. Escobar, and the law firm Seyfarth Shaw LLP are granted leave to withdraw from representation of Defendant Aaron's, LLC d/b/a Aaron's Sales & Lease Ownership, LLC in this matter, and Todd S. Fairchild of the law firm Dorsey & Whitney LLP is hereby substituted as counsel of record for Defendant Aaron's, LLC d/b/a Aaron's Sales & Lease Ownership, LLC.

DATED this 10th day of January, 2024.

*[signature]*

HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3
2:23-CV-01742-BJR

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

307380727v.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has causes a true and correct copy of the foregoing **STIPULATED AND [PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT AARON'S, LLC D/B/A AARON'S SALES & LEASE OWNERSHIP, LLC** to be served upon the following via ECF Court filing of the Court on January 9, 2024:

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart St., Suite 1100
Seattle, WA 98101
(206) 442-9106 | Phone
Email: emeryt@emeryreddy.com
  reddyp@emeryreddy.com
  paul@emeryreddy.com

*Attorneys for Plaintiff Jacob Atkinson*

Todd S. Fairchild, WSBA No. 17654

Columbia Center
710 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7043
(206) 903-8889 | Phone
(206) 465-3255 | Mobile
(206) 260-9113 | Fax
Email: fairchild.todd@dorsey.com

*Substituting Attorney for Defendant Aaron's LLC d/b/a Aaron's Sales & Lease Ownership, LLC*

*s/ Jonathan Henley*

Jonathan Henley, Legal Assistant

SEYFARTH SHAW LLP
999 THIRD AVENUE
SUITE 4700
SEATTLE, WASHINGTON 98104-4041
(206) 946-4910

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1
2:23-cv-01742-BJR

307380727v.1